IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01793-CMA-KLM

FRANCISCO TORRES,

    Plaintiff,

v.

TRAVIS FENDER, Commerce City Police Officer, jointly and severally,
MICHAEL KIM, Commerce City Police Officer, jointly and severally,
CITY OF COMMERCE CITY, jointly and severally,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Reset Settlement Conference** [Docket No. 17; Filed November 29, 2010] ("Motion to Reset") and Defendants' **Motion for Entry of Stipulation and Protective Order** [Docket No. 18; Filed November 29, 2010] ("Motion for Protective Order"). The Motion for Protective Order is unopposed.

    IT IS HEREBY **ORDERED** that the Motion for Protective Order [#18] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulation and Protective Order is accepted for filing and entered as a order of the Court, with interlineations, as of today's date.

    IT IS HEREBY **ORDERED** that the Motion to Reset [#17] is **GRANTED**. The Settlement Conference set for December 10, 2010 at 1:30 p.m. is **vacated** and **RESET** to **April 25, 2011 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached to Docket No. 13.**

Parties shall submit their Confidential Settlement Statement on or before **April 18, 2011**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

**No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Anyone seeking entry into the Byron Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 30, 2010