IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01793-CMA-KLM

FRANCISCO TORRES,

     Plaintiff,

v.

TRAVIS FENDER, Commerce City Police Officer, jointly and severally,
MICHAEL KIM, Commerce City Police Officer, jointly and severally,
CITY OF COMMERCE CITY, jointly and severally,

     Defendants.
_____

## MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

     This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure Deadline** [Docket No. 28; Filed February 3, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on September 30, 2010 [Docket No. 14] is amended to extend the rebuttal expert disclosure deadline to no later than **March 3, 2011**.

     Dated:  February 3, 2011