**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01793-CMA-KLM

FRANCISCO TORRES,

     Plaintiff,

v.

COMMERCE CITY POLICE OFFICER MICHAEL LEE, and
COMMERCE CITY POLICE OFFICER NICHOLAS LANGDON,

     Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED January __19__, 2012

BY THE COURT:

_____
Christine M. Arguello
United States District Judge